**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Grace Liu, et al., | ) Case No. **CV 07-5460-JFW (SHx)** |
| Plaintiff, | ) **ORDER DISMISSING CIVIL ACTION** |
| v. | ) |
| Christine S. Williams, et al., | ) |
| Defendants. | ) |

    THE COURT has been advised by counsel that this action has been settled.

    IT IS THEREFORE ORDERED that this action is hereby dismissed with prejudice.

Dated: December 12, 2008

                                        JOHN F. WALTER
                                  United States District Judge

(Rev. 2/15/08)